IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BERTHA AGUIRRE                                                                                   PLAINTIFF

Case Number: **4:05CV00793GH**

SHIPPERS TRANSPORT CO., ET AL.                                                      DEFENDANTS

### ORDER

Plaintiff, through counsel, has filed a motion to dismiss. On May 26, 2005, the Clerk mailed a 30-day letter to plaintiff's counsel, who is not enrolled in this District, advising him of the need to comply with the enrollment procedures contained in Local Rule 83.5 within 30 days. Plaintiff's counsel did not comply with Local Rule 83.5, and he was removed as counsel for plaintiff.

The Clerk's Office has not filed the motion to dismiss. Should plaintiff desire to dismiss this action, she should file the motion *pro se* or through counsel who is properly enrolled in this Court. Failure to comply with this Order within twenty days will result in dismissal of this action.

IT IS SO ORDERED this 31st day of August 2005.

_____
UNITED STATES DISTRICT JUDGE