IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BERTHA AGUIRRE                                                                                    PLAINTIFF

Case Number: **4:05CV00793GH**

SHIPPERS TRANSPORT CO., ET AL.                                                        DEFENDANTS

## ORDER

On August 31, 2005, the Court entered an Order directing plaintiff to file a motion to dismiss *pro se* or through counsel who is properly enrolled in this Court. The Court admonished plaintiff that failure to comply with the Order within twenty days would result in dismissal of this action.

Plaintiff has not complied with the Order.

Accordingly, the complaint is hereby dismissed without prejudice.

IT IS SO ORDERED this 26th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE